FILED
APR 2 2024
U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**DEMARCUS R. BROWN,**<br>**SIRVONTE R. SUGGS,**<br>**MICHAEL J. LLOYD, Jr., and**<br>**STEPHAN G. WARD, aka "YG,"**<br><br>Defendants. | Criminal No. 5:24 cr 14<br><br>Violations:  21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 846 |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Conspiracy to Distribute and Possess with
the Intent to Distribute Methamphetamine and Fentanyl)

During a period commencing on or about February 8, 2023, and ending on or about September 7, 2023, in Marshall County, within the Northern District of West Virginia, and elsewhere, defendants **DEMARCUS R. BROWN, SIRVONTE R. SUGGS, MICHAEL J. LLOYD, Jr.,** and **STEPHAN G. WARD, aka "YG,"** did unlawfully, knowingly, and intentionally combine, conspire, confederate, agree, and have a tacit understanding to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine and a mixture and substance containing a detectable amount of fentanyl, Schedule II controlled substances; in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## COUNT TWO

(Distribution of Methamphetamine)

On or about February 8, 2023, in Marshall County, in the Northern District of West Virginia, **STEPHAN G. WARD, aka "YG,"** did unlawfully, knowingly, intentionally, and without authority, distribute methamphetamine, also known as "ice," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

(Possession with Intent to Distribute Methamphetamine)

On or about February 8, 2023, in Marshall County, in the Northern District of West Virginia, defendants **MICHAEL J. LLOYD, Jr.**, and **STEPHAN G. WARD**, **aka "YG,"** did unlawfully, knowingly, intentionally, and without authority, possess with the intent to distribute methamphetamine, also known as "ice," a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

(Possession with Intent to Distribute Fentanyl)

On or about February 8, 2023, in Marshall County, in the Northern District of West Virginia, defendants **MICHAEL J. LLOYD, Jr.**, and **STEPHAN G. WARD, aka "YG,"** did unlawfully, knowingly, intentionally, and without authority, possess with the intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

(Possession with Intent to Distribute Methamphetamine)

On or about September 7, 2023, in Marshall County, in the Northern District of West Virginia, defendants **DEMARCUS R. BROWN**, **SIRVONTE R. SUGGS**, and **MICHAEL J. LLOYD, Jr.**, did unlawfully, knowingly, intentionally, and without authority, possess with the intent to distribute methamphetamine, also known as "ice," a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

(Possession with Intent to Distribute Fentanyl)

On or about September 7, 2023, in Marshall County, in the Northern District of West Virginia, defendants **DEMARCUS R. BROWN** and **SIRVONTE R. SUGGS**, did unlawfully, knowingly, intentionally, and without authority, possess with the intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853, and Title 21, United States Code, Section 841, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense, including:

(1) The following seized during the execution of a search warrant in Moundsville, West Virginia, on February 8, 2023:

    a. $2,911 in United States currency seized from STEPHAN G. WARD, aka "YG";

    b. $3,420 in United States currency seized from MICHAEL J. LLOYD, Jr.

(2) The following seized during the execution of a search warrant in Moundsville, West Virginia, on September 7, 2023:

    a. $2,433 in United States currency seized from DEMARCUS R. BROWN;

    b. $300 in United States currency seized from SIRVONTE R. SUGGS.

A True Bill:

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM IHLENFELD
United States Attorney

Clayton J. Reid
Assistant United States Attorney

Morgan S. McKee
Assistant United States Attorney